UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN SURABIAN and RICHARD SURABIAN,<br><br>Plaintiffs,<br><br>V.<br><br>RESIDENTIAL FUNDING COMPANY, LLC, f/k/a RESIDENTIAL FUNDING CORPORATION,<br><br>Defendant, | Civ. NO. 10-CV-10546<br><br>HEARING<br>PRELIMINARY INJUNCTION |

HEARING PRELIMINARY INJUNCTION

      PLAINTIFFS, request a Preliminary Injunction on the Notice of Mortgage Foreclosure Sale. This case was removed from Massachusetts Superior Court one day before scheduled Motion Preliminary Injunction Friday, April 2, 2010 at 2:00 P.M. Rule 65 (a) (1) not requiring a hearing if the Defendant does not request one.

    1.    The documents the Defendants present as proof to Foreclose will not hold up in this Court. Plaintiffs will succeed on merits.

    2.    Plaintiffs will suffer Irreparable Harm if there property is Foreclosed on and later Proven as claimed, the documents the Defendants used were not legal. Plaintiffs will never be able to recover there loss. Money alone will not replace there property. If that were the case all anyone would have to do to get a hold of a property, even though the owner did not want to sell, would be to Foreclose with non-legal documents.

      WHEREFORE, Plaintiffs pray this Court Order this Preliminary Injunction till this case is ended.

_____
Steven Surabian Pro Se
1230 Rt. 28, So. Yarmouth, Ma 02664
508-688-4613

_____
Richard Surabian Pro Se
P.O. Box 397, W. Hyannisport, Ma 02672
508-579-9834

Dated: April 9, 2010

## CERTIFICATE OF SERVICE

We, certify that a true and accurate copy of the foregoing document was sent by mail April 9, 2010, postage prepaid to the defendants attorneys, Richard E. Briansky and Joseph P. Calandrelli,
at Prince, Lobel, Glovsky &Tye LLP 100 Cambridge Street, Suite 2200, Boston, MA 02114.

_____          _____
Steven Surabian                                          Richard Surabian