UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

STEVEN SURABIAN and RICHARD SURABIAN,
    Plaintiffs,

v.

RESIDENTIAL FUNDING COMPANY, LLC, f/k/a RESIDENTIAL FUNDING

    Defendant,

Civ. No. 1:10-cv-10546-NG

PLAINTIFFS MOTION REQUEST RELIEF FROM A JUDGMENT OR ORDER
REQUEST DEFAULT

## PLAINTIFFS MOTION REQUEST RELIEF FROM A JUDGMENT OR ORDER

Pursuant to Rules 60 (a),60 (b)(1), 60(b)(3), 60(b)(6) and 60(d)(1)&(2) of the Federal Rules of Civil Procedure, Plaintiff Steven Surabian and Richard Surabian hereby requests a hearing for oral argument in objection to the Courts ORDER entered on 5/7/2010 granting Motion to Dismiss by Judge Nancy Gertner.

### INTRODUCTION

This action aries because Defendant is foreclosing on the Plaintiffs property at 33-35 Evergreen Street Yarmouth Massachusetts based on a fraudulent loan documents. Plaintiffs filed a Verified Complaint, Jury Demand and a Preliminary Injunction on March 15, 2010. The Hearing for the Preliminary Injunction was scheduled on April 2, 2010. On April 1, 2010 the Defendants filed a Notice of Removal on April 1, 2010 stating on the CIVIL COVER SHEET V11. No Jury Demand when in fact the Original Complaint filed March 15, 2010 in Massachusetts Superior Court Docket No. BACV2010-00161 was marked JURY DEMAND.

On April 9, 2010 Plaintiffs filed in this Court a Request for a Hearing for Preliminary Injunction, Defendants offered NO OBJECTION.

Defendant has failed to answer Plaintiffs Verified Complaint as of today May 13, 2010, DEFAULTING.

On April 12, 2010 Defendants filed a Motion to Dismiss. On April 30,2010 Plaintiffs filed an ANSWER and OBJECTION.

Without a hearing and while the Defendants were in DEFAULT Judge Nancy Gertner entered an ORDER granting the Defendants Motion to Dismiss on 5/7/2010.

### FACTUAL BACKGROUND

On November 4, 2005 Michael Roy Rogers and Elaine Anne Rogers granted by QUITCLAIM DEED said property to Steven Surabian. Not as Defendant claims on March 8, 2006. SEE Attached Deed  Exhibit "A" to Defendants Motion to Dismiss. The Deed was signed on November 4, 2005 but someone recorded it on March 8, 2006.

No mortgage was needed to purchase the property, Defendants FACTURAL BACKGROUNG is incorrect.

Steven Surabian on April 28, 2006 granted to Steven Surabian and Richard Surabian by Quitclaim Deed title to said property giving Richard Surabian Rights also to file a claim and to defend his property from an illegal foreclosure.

Steven Surabian did not default under the terms of the note because the Note in question is a FRAUD and the Defendant knows this.

Defendant even while this complaint was in Superior Court and while it has been in this Federal Court has continually forged ahead with its plain to foreclose using fraudulent documents.

On April 12, 2010 without answering Plaintiffs Verified Complaint Jury Demand Defendants filed a Motion to Dismiss or, in the alternative, Motion for More Defined Statement.

On April 30, 2010 Plaintiffs filed there Answer and Objection.

Without hearing oral argument while the Defendants were in Default there Motion was granted on May 7, 2010 and no action was taken on the Plaintiffs unopposed Preliminary Injunction.

## ARGUMENT

Plaintiffs answered and objected to Defendants Motion, No Hearing was scheduled and Motion was granted . Allowing the Defendants to continue with a FORECLOSURE based on FRAUDULENT DOCUMENTS. By this dismissal the Court has ALLOWED the DEFENDANT to get away with there continued FORECLOSURE even while this case was being heard in this court unlawfully. If this ORDER is not REMOVED Plaintiffs will lose there property due to Fraud.

Plaintiffs should have there day in Court. In the alternative this Court should hold the Defendants in Default.

Signed under the penalties of perjury this 13th day of May 2010.

_____           _____
Steven Surabian Pro se                                      Richard Surabian Pro se
1230 Rt. 28                                                         P.O. Box 397
South Yarmouth, MA 02664                                 West Hyannisport, MA 02672
508-688-4613                    Dated: April 13, 2010     508-579-9834